UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) DR. FRED BLYTHE and <br> 2) RUTH BLYTHE, <br> husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> 1) ESSENTIA INSURANCE COMPANY, <br><br> Defendant. | Case No. 13-CV-160-JED-PJC <br><br> (formerly Tulsa County, Oklahoma Court Case No. CJ-2013-01186) |

## NOTICE OF REMOVAL

Defendant, Essentia Insurance Company ("Essentia"), pursuant to 28 U.S.C §§1441, 1446(a) and (d), hereby removes to this Federal Court the case styled *Dr. Fred Blythe and Ruth Blythe, husband and wife, vs. Essentia Insurance Company*, No. CJ-2013-01186, from the District Court of Tulsa County, Oklahoma (the "State Court Case"). In support of this Notice of Removal, Defendant states as follows:

1) On March 6, 2013, Plaintiffs filed the State Court Case.

2) Plaintiffs' Petition alleges bad faith breach of an insurance contract issued to Plaintiffs by Essentia.

3) Upon information and belief, Plaintiffs are residents and citizens of Tulsa, Tulsa County, Oklahoma; Essentia is an insurance company organized and existing under the laws of the State of Missouri with its principal place of business in Canton, Massachusetts. Essentia has never been incorporated in Oklahoma nor has it ever had its principal place of business in Oklahoma.

4) The amount in controversy exceeds the amount required for diversity jurisdiction as indicated in Plaintiffs' Petition ("Exhibit A").

5)   Therefore, this action meets the removal requirements and this Court has original subject matter jurisdiction under 28 U.S.C. § 1332.

6)   Written notice of this removal will be given to Plaintiffs and a copy will be filed in the State Court Case after this Notice of Removal is filed pursuant to 28 U.S.C. § 1446(d).

7)   As of filing of this Removal Notice, there are no hearings set on this matter in the State Court Case.

8)   Copies of all process, pleadings and orders in the State Court Case and a copy of the docket sheet of the State Court Case, are attached to this Notice of Removal collectively as Exhibit "A", in accordance with 28 U.S.C. § 1446(a) and Local Rule LCvR81.2.

WHEREFORE, Defendant, Essentia Insurance Company, removes this case from the District Court of Tulsa County, Oklahoma, to the United States District Court for the Northern District of Oklahoma.

**JURY TRIAL DEMANDED**.

Respectfully submitted,

/s/ Thomas M. Askew
Thomas M. Askew, OBA #13568
Wm. Gregory James, OBA # 4620
Sharon K. Weaver, OBA #19010
RIGGS, ABNEY, NEAL, TURPEN,
    ORBISON & LEWIS
502 West 6th Street
Tulsa, OK  74119-1010
(918) 587-3161
(918) 587-9708 (Facsimile)
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on the 18th day of March, 2013, a copy of this pleading was served upon the following by ( ) E-mail; ( X ) regular mail; ( ) facsimile; ( ) hand delivery:

Thomas L. Baker, OBA #11054
The Baker Law Firm, PLLC
12315 E. 86th St. North
Owasso, OK  74055
(918) 274-1818
(918) 274-8383 (Facsimile)
*Attorney for Plaintiff*

/s/ Thomas M. Askew

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

**DISTRICT COURT FILED**
MAR - 6 2013
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

DR. FRED BLYTHE and )
RUTH BLYTHE, husband and wife, )
)
Plaintiffs, )
) Case No. **CJ-2013-01186**
vs. ) Rebecca Brett Nightingale
)
ESSENTIA INSURANCE COMPANY, )
) **ATTORNEY LIEN CLAIMED**
Defendant. )

## PETITION

COME NOW the Plaintiffs, Dr. Fred Blythe and Ruth Blythe, husband and wife, and for their causes of action against the Defendant allege and state:

I. They are the Plaintiffs under a Classic Boat Policy numbered MQ5Q07124 issued by the Defendant.

II. The insurance policy covers a 1965 Chris Craft Constellation with an agreed value of $61,000.00.

III. On or about October 24, 2012, the 1965 Chris Craft sank while moored in a slip at Grand Lake.

IV. The sinking caused the total loss of the boat valued by agreement at $61,000.00, the total loss of personal effects valued by agreement at $2,500.00, caused Plaintiffs to incur the cost of recovery and preservation of the motors and generators at a cost of $6,458.08, plus Plaintiffs have accrued, and are accruing $100.00 in storage per month and will until the claim is resolved.

V. Despite timely and proper notice of the claim, the Defendant has failed to honor the contract of insurance and pay the monies due.


EXHIBIT A

VI. Despite timely and proper notice of the claim, the Defendant failed to timely and properly investigate the loss, failed to grant Plaintiffs their rights due under the policy and the laws of the State of Oklahoma, and denied the claims in bad faith and with reckless disregard of the rights of the Plaintiffs causing additional damages and entitling Plaintiffs to punitive damages to deter the Defendant from further similar conduct.

WHEREFORE, Plaintiffs pray for actual damages against the Defendant in the amount of $69,958.08, actual damages in excess of $10,000.00, and punitive damages in excess of $10,000.00. Together, these damages exceed $75,000.00, the amount required for diversity jurisdiction in the federal court system, interest, costs, attorney fees, and all and any other relief to which the court deem them entitled.

Respectfully Submitted,

THE BAKER LAW FIRM, PLLC

BY: *[signature]*
THOMAS E. BAKER, OBA #11054
12315 E. 86th St. N.
Owasso, Oklahoma 74055
Telephone: (918)274-1818
Facsimile: (918)274-8383

Attorney for Plaintiffs

# OSCN
## THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| DR FRED BLYTHE,<br>    Plaintiff, and<br>RUTH BLYTHE,<br>    Plaintiff,<br>v.<br>ESSENTIA INSURANCE COMPANY,<br>    Defendant. | No. CJ-2013-1186<br>(Civil relief more than $10,000:<br>BAD FAITH INSURER LIABILITY)<br><br>Filed: 03/06/2013<br><br>Judge: Nightingale, Rebecca B. |

## Parties

BLYTHE, DR FRED , Plaintiff
BLYTHE, RUTH , Plaintiff
ESSENTIA INSURANCE COMPANY , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| BAKER, THOMAS E(Bar # 11054)<br>12315 E. 86TH ST N<br>OWASSO, OK 74055 | BLYTHE, DR FRED<br>BLYTHE, RUTH |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

    Issue: BAD FAITH INSURER LIABILITY (INSURE)
    Filed by: BLYTHE, DR FRED
    Filed Date: 03/06/2013

**Party Name:**    **Disposition Information:**

**Defendant:** ESSENTIA INSURANCE COMPANY   Pending.

**Issue # 1.**

    Issue: BAD FAITH INSURER LIABILITY (INSURE)
    Filed by: BLYTHE, RUTH
    Filed Date: 03/06/2013

**Party Name:**    **Disposition Information:**

**Defendant:** ESSENTIA INSURANCE COMPANY   Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 03-06-2013 | TEXT | 1 | | 84721387 | Mar 6 2013 12:45:57:387PM | - | $ 0.00 |

| Date | Code | | Receipt # | Timestamp | Status | Amount |
|---|---|---|---|---|---|---|
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | |
| 03-06-2013 | INSURE | - | 84721389 | Mar 6 2013 12:45:57:437PM | Realized | $ 0.00 |
| | BAD FAITH INSURER LIABILITY | | | | | |
| 03-06-2013 | DMFE | - | 84721390 | Mar 6 2013 12:45:57:457PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | |
| 03-06-2013 | PFE1 | - | 84721391 | Mar 6 2013 1:12:48:897PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | |
| | 📄 Document Available (#1020494633) | | | | | |
| 03-06-2013 | PFE7 | - | 84721392 | Mar 6 2013 12:45:57:457PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 03-06-2013 | OCISR | - | 84721393 | Mar 6 2013 12:45:57:457PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |
| 03-06-2013 | CCADMIN02 | - | 84721394 | Mar 6 2013 12:45:57:457PM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | |
| 03-06-2013 | OCJC | - | 84721395 | Mar 6 2013 12:45:57:457PM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | |
| 03-06-2013 | OCASA | - | 84721396 | Mar 6 2013 12:45:57:457PM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | |
| 03-06-2013 | CCADMIN04 | - | 84721397 | Mar 6 2013 12:45:57:457PM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | |
| 03-06-2013 | LTF | - | 84721398 | Mar 6 2013 12:45:57:547PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | |
| 03-06-2013 | SMF | - | 84721399 | Mar 6 2013 12:45:57:587PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |
| 03-06-2013 | SMIMA | - | 84721400 | Mar 6 2013 12:45:57:617PM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | |
| 03-06-2013 | TEXT | - | 84721388 | Mar 6 2013 12:45:57:417PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE NIGHTINGALE, REBECCA B. TO THIS CASE. | | | | | |
| 03-06-2013 | ACCOUNT | - | 84721418 | Mar 6 2013 12:47:01:447PM | - | $ 0.00 |
| | RECEIPT # 2013-2551749 ON 03/06/2013. PAYOR:BAKER LAW FIRM PLLC TOTAL AMOUNT PAID: $218.70. LINE ITEMS: CJ-2013-1186: $168.00 ON AC01 CLERK FEES. CJ-2013-1186: $6.00 ON AC23 LAW LIBRARY FEE. CJ-2013-1186: $0.70 ON AC31 COURT CLERK REVOLVING FUND. CJ-2013-1186: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2013-1186: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. | | | | | |

CJ-2013-1186: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2013-1186: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2013-1186: $10.00 ON AC81 LENGTHY TRIAL FUND.

| | | | | | |
|---|---|---|---|---|---|
| 03-15-2013 S | - | 84827423 | Mar 15 2013 10:50:12:650AM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. / SUMMONS SERVED FOR OKLAHOMA INSURANCE COMMISSIONER, CERTIFIED MAIL, SIGNED SABRINA S, ON 3-11-13
📄 *Document Unavailable (#1021096806)*

Report Generated by The Oklahoma Court Information System at March 18, 2013 10:28 AM

End of Transmission.