UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

1) DR. FRED BLYTHE and, )
2) RUTH BLYTHE, )
                             )
         Plaintiffs, )
                             )
vs. )   Case No. 13-CV-00160-JED-PJC
                             )
1) ESSENTIA INSURANCE COMPANY, )
                             )
         Defendant. )

## STIPULATION FOR ORDER OF DISMISSAL

COME NOW all parties to this action, through attorneys of record, and hereby stipulate that the Court can and should dismiss with prejudice all claims within this action.

A resolution of all claims was reached after the parties participated in a formal Settlement Conference presided over by a Magistrate Judge.

Each party is to bear its own costs and attorney's fees and execute privately any other closing documents requested by the other.

_____
THOMAS H. BAKER, OBA #11054
Attorney for Plaintiffs

_____
JAMES L. GIBBS, II, OBA #15689
Attorney for Defendant